In the Matter of the Petition of JAMES T. HURD, as Trustee, etc.

(Argued June 17, 1890; decided October 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made December 30, 1889, which affirmed an order of Special Term denying a motion to confirm the report of a referee, appointed to take and state the accounts of the petitioner as trustee under the will of Samuel W. Knight, deceased.

*Tracy C. Becker* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm ; no opinion.
All concur, except O'BRIEN, J., dissenting.
Order affirmed.

---

THE PEOPLE ex rel. CHARLES KRUSE, Respondent, *v.* CHARLES H. WOODMAN et. al., as Commissioners, etc., Appellants.

(Submitted June 20, 1890; decided October 14, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 1, 1889, which affirmed a judgment in favor of plaintiff entered upon an order of the Special Term.

*Edward Browne* for appellants.

*W. Bourke Cockran* for respondent.

Agree to affirm ; no opinion.
All concur, except O'BRIEN, J., dissenting.
Judgment affirmed.